# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

**CASE NO.: CV-10-9339-R**                                                      **DATE: SEPT. 1, 2011**

**TITLE: SUNSET PLAZA LLC -V- 3FORM INC**
================================================================
**PRESENT:**

<u>HON. MANUEL L. REAL, JUDGE</u>

<u>William Horrell</u>                                           <u>   N/A   </u>
**Deputy Clerk**                                                **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANT:**

Not present                                                          Not present

**PROCEEDINGS: ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

THIS MATTER IS SET ON CALENDAR ON SEPTEMBER 12, 2011

AT 11:00 A.M. FOR HEARING ON AN ORDER TO SHOW CAUSE RE

DISMISSAL FOR LACK OF PROSECUTION, FOR FAILURE OF

THE PARTIES TO FILE A JOINT REPORT OF EARLY MEETING

OF COUNSEL.  ATTENDANCE AT THE HEARING IS MANDATORY;

FAILURE TO APPEAR WILL RESULT IN DISMISSAL OF THE

ACTION.


cc: counsel of record


**MINUTES FORM II**                                                      Initials of Deputy Clerk __WH__
**CIVIL - GEN**                                    D-M