# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

CASE NO.: CV-10-9339-R                    DATE: SEPT. 1, 2011

TITLE: SUNSET PLAZA LLC -V- 3FORM INC
================================================================
PRESENT:

### HON. MANUEL L. REAL, JUDGE

William Horrell                            N/A
**Deputy Clerk**                          **Court Reporter**

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANT:

        Not present                          Not present


PROCEEDINGS: ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF
                    PROSECUTION

THIS MATTER IS SET ON CALENDAR ON SEPTEMBER 12, 2011

AT 11:00 A.M. FOR HEARING ON AN ORDER TO SHOW CAUSE RE

DISMISSAL FOR LACK OF PROSECUTION, FOR FAILURE OF

THE PARTIES TO FILE A JOINT REPORT OF EARLY MEETING

OF COUNSEL.  ATTENDANCE AT THE HEARING IS MANDATORY;

 FAILURE TO APPEAR WILL RESULT IN DISMISSAL OF THE

ACTION.


cc: counsel of record


MINUTES FORM II                                    Initials of Deputy Clerk __WH__
CIVIL - GEN                        D-M